537 A.2d 1351

**Richard D. ORSEN and Elena M. Orsen, husband and wife, Appellants,**

**v.**

**Rodney HINEMAN and Louise Hineman, individually and t/a/d/b/a Harold's Inn, Appellees,**

**v.**

**Jeffrey OWENS, Appellee.**

**Anthony LaBARCA and Jessie LaBarca, his wife, Appellants,**

**v.**

**Rodney HINEMAN and Louise Hineman, individually and t/a/d/b/a Harold's Inn, Appellees,**

**v.**

**Jeffrey OWENS, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1987.

Decided Feb. 25, 1988.

Clarence D. Neish, John Kent Lewis, Aliquippa, for appellants.

Charles W. Garbett, Lawrence M. Kelly, Luxenberg, Garbett & Kelly, Ellwood City, for Rodney & Louise Hineman, individually and t/a/d/b/a Harold's Inn.

Michael L. Magulick, Pittsburgh, for Jeffrey Owens.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM.

Appeals are dismissed as having been improvidently granted.

LARSEN and PAPADAKOS, JJ., dissent.

HUTCHINSON, Former J., did not participate in the consideration or decision of this case.